IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JOE HAND PROMOTIONS, INC.**                                                              **PLAINTIFF**

**V.**                                 **CIVIL ACTION NO.: 4:13-CV-177-JMV**

**HECTOR MATA d/b/a GUADALAJARA
MEXICAN RESTAURANT and
GUADALAJARA MEXICAN RESTAURANT**              **DEFENDANTS**

## ORDER OF DISMISSAL

On joint motion of the Plaintiff and Defendants, all claims of the Complaint of the Plaintiff against Defendants, are now fully and finally compromised and settled.

**IT IS THEREFORE, ORDERED**, that all claims of the Complaint of the Plaintiff against Defendants are hereby dismissed without prejudice, each party to bear their own costs.

**SO ORDERED** this the 11th day of August, 2014.

                                                            /s/ Jane M. Virden
                                                        **UNITED STATES MAGISTRATE JUDGE**

The Following Agree to Entry
of the Above and Foregoing Order:

*William W. Dreher, Jr.*
William W. Dreher, Jr., Esq.
Attorney for Plaintiff

*Michael S. Carr*
Michael S. Carr, Esq.
Attorney for Defendants